1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

3  Name  CALYEN  Michael
       (Last)        (First)        (Initial)

5  Prisoner Number  DRT 627

6  Institutional Address  701 South Abel Street

7  Milpitas CA 95035

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Michael CALYEN
(Enter the full name of plaintiff in this action.)

vs.

SuRJit SiNGH and
7-EIEVEN Store and
Milpitas police Department
(Enter the full name of the defendant(s) in this action)

Case No.  CV 08 - 1119 CW (PR)
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement _____

B.  Is there a grievance procedure in this institution?
    YES [X]    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO [X]

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                           - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___ -NA- _____

_____

_____2. First formal level ___ -NA- _____

_____

3. Second formal level ___ -NA- _____

_____

_____4 Third formal level ___ -NA- _____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. MY issues has nothing to do with the grievance procedures here in Elewood Jail.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Michael CAlyEN
701 South Abel Street
Milpitas, CA 95035

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT      -2-

1     place of employment.
2   Surlit Singh who works for 7-Eleven store
3   on 596 N. Abel Street Milpitas CA.
4   Also the Milpitas police Department
5
6                             III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 On 10-28-07 at 2:30 AM I walked into 7-11 store and tryed to
13 buy a case of beer. The store clerk ended up reaching over
14 the counter, and slaping me in the face, saying you crazy "Nigger"
15 My Jaw was Already wired up shut. the clerk then picked up a
16 crow bar and started to swing it at me. I ran out the store. He
17 Then came out and hit me in the back with the crowbar. it's all on
18 a Surveillance tape. the police wrote a flase report saying I tryed to
19 rob the 7.11 store. When I had three hundred, eighty Doller's on me. The
20 police also stated they reviewed the tape's & I hit the store man when
21 He Hit me. the tape's show the store man Hiting me not me Hiting Him. and
22 the Robbery was Dropped.
23
24
25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                                   - 3 -

1 I would like the sum of three million
2 dollars, for the Stores Actions. I would
3 like the police officer fired for writing
4 A false Report. and share Responsiblity
5 with the 7-E1EVEN Store.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Feb day of IAN, 2008

_Michael Cutyen_
(Plaintiff's signature)

COMPLAINT - 4 -

