```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

Michael CAlYEN,
              Plaintiff,

vs. SuRJit SiNGH and
7-EleveN store and Milpitas
Police Department,
              Defendant.

CASE NO. 08 - 1119

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

E-filing

I, Michael CAlYEN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅                    Net: ∅

Employer: ∅

∅

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __Sony HiFi - Definion_____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9          a.      Business, Profession or              Yes ____  No ✓
10                 self employment
11         b.      Income from stocks, bonds,           Yes ____  No ✓
12                 or royalties?
13         c.      Rent payments?                       Yes ____  No ✓
14         d.      Pensions, annuities, or              Yes ____  No ✓
15                 life insurance payments?
16         e.      Federal or State welfare payments,   Yes ____  No ✓
17                 Social Security or other govern-
18                 ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____—NA—_____
22 _____
23 3.     Are you married?                              Yes ____  No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____0_____ Net $_____0_____
28 4.     a.      List amount you contribute to your spouse's support:$ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

    b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE
_____

5.   Do you own or are you buying a home?   Yes ___   No ✓
Estimated Market Value: $____∅____   Amount of Mortgage: $____∅____
6.   Do you own an automobile?   Yes ___   No ✓
Make -NA-   Year -NA-   Model -NA-
Is it financed? Yes ___ No ___   If so, Total due: $ ____∅____
Monthly Payment: $ _____
7.   Do you have a bank account?   Yes ___   No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: ____-NA-____
_____
Present balance(s): $ ____∅____
Do you own any cash? Yes ___ No ✓   Amount: $ ____∅____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___   No ✓
_____

8.   What are your monthly expenses?
Rent: $ ____∅____   Utilities: ____∅____
Food: $ ____∅____   Clothing: ____∅____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____∅____ | $ ____∅____ | $ ____∅____ |
| ____∅____ | $ ____∅____ | $ ____∅____ |
| ____∅____ | $ ____∅____ | $ ____∅____ |

9.   Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____NONE_____
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____-NA-_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  2-10-08                              Michael Adyeri
17      DATE                              SIGNATURE OF APPLICANT

```
                                    CV 08        1119
 1                    FILED
 2                              Case Number: _____
 3                 FEB 2 5 2008
 4              RICHARD W. WIEKING                        CW
                CLERK, U.S. DISTRICT COURT
 5              NORTHERN DISTRICT OF CALIFORNIA
                                                          (PR)
 6
 7                                            E-filing
 8              CERTIFICATE OF FUNDS
 9                       IN
10              PRISONER'S ACCOUNT
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of  Michael Calyen  for the last six months
                                        [prisoner name]
14   Elmwood Dept. Correction   where (s)he is confined.
         [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $  47.50  and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $  8.32  .
18
19  Dated:  1/24/08                      _____[signature]_____
20                                        [Authorized officer of the institution]
                                             Accountant III
```

- 5 -