

$01.14 PITNEY BOWES
02 1A
0004329382  FEB 28 2008
MAILED FROM ZIPCODE 94102

RETURN TO SENDER
☒ Need Booking Number
— Not In Custody
— Greeting Card over 5" x 7"
— Need First and Last Name

RECEIVED
MAR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Colyn
DOT 607
701 Fourth Ave So
Napiteo Ca 95035

OFFICE OF THE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300