IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CALYEN,

    Plaintiff,

  v.

SURJIT SINGH, et al.,

    Defendants.
                               /

No. C 08-01119 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On March 4, 2008, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and

1  (2) the court fails to receive within sixty days of this return a
2  written communication from the pro se party indicating a current
3  address.  See L.R. 3-11(b).

4      More than sixty days have passed since the mail directed to
5  Plaintiff by the Court was returned as undeliverable.  The Court
6  has not received a notice from Plaintiff of a new address.
7  Accordingly, the complaint is DISMISSED without prejudice pursuant
8  to Rule 3-11 of the Northern District Local Rules.

9      The Clerk of the Court shall enter judgment in accordance with
10 this Order, terminate all pending motions, and close the file.

11     IT IS SO ORDERED.

12
13 Dated: 5/16/08

        _____
        CLAUDIA WILKEN
        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CALYEN,

    Plaintiff,

v.

SURJIT SINGH et al,

    Defendant.

Case Number: CV08-01119 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Calyen DRT 627
Santa Clara County-Elmwood Jail
701 South Abel St.
Milpitas, CA 95035

Dated: May 16, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

3