IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALYEN, | No. C 08-01119 CW (PR) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| SURJIT SINGH, | |
|     Defendant. | |

The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

Entered at Oakland, California this 16th of May, 2008.

RICHARD W. WIEKING
Clerk

By: *Sheilah Cahill*
_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CALYEN,

        Plaintiff,

v.

SURJIT SINGH et al,

        Defendant.

Case Number: CV08-01119 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Calyen DRT 627
Santa Clara County-Elmwood Jail
701 South Abel St.
Milpitas, CA 95035

Dated: May 16, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk