Michael Calyen  DRT 627
Santa Clara County-Elmwood Jail
701 South Abel St.
Milpitas, CA 95035

CV08-01119 CW

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NIXIE          954         DE 1         00    05/22/08
                RETURN TO SENDER
                NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
BC: 9461252199                  *0405-10062-16-41